UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

ACE TECHNOLOGY CORPORATION
and EDWARD BENNETT,

     Plaintiffs,

v.

GFM CORPORATION,

     Defendant.

_____/

**PLAINTIFFS' AND THIRD-PARTY DEFENDANT'S EMERGENCY MOTION FOR
ENLARGEMENT OF TIME AND INCORPORATED MEMORANDUM OF LAW**

Plaintiffs, Ace Technology Corporation ("ACE") and Edward Bennett, and third-party
defendant, Ebway Corporation ("Ebway"), hereby file their Emergency Motion for Enlargement
of Time to respond to defendant, GFM Corporation's ("GFM"), Motion for Summary Judgment
as to All Counts of the Amended Complaint and to complete discovery and state as follows:

1.      The deadline to complete discovery (both fact and expert) is November 16, 2009.
Amended Order Setting Civil Jury Trial Date and Pretrial Deadlines [D.E. 92]. Plaintiffs and
third-party defendant previously sought an extension of this deadline to December 18, 2009,
Motion for Enlargement of Time to Complete Discovery [D.E. 131], which request was denied,
Endorsed Order [D.E. 139].

2.      The deadline to respond to GFM's Motion for Summary Judgment as to All
Counts of the Amended Complaint (the "Motion for Summary Judgment")[D.E. 107] is
November 18, 2009. Endorsed Order [D.E. 138]

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

3.      On November 3, 2009, a receiver was appointed for Rothstein Rosenfeldt Adler ("RRA"), counsel for plaintiffs and third-party defendant, due to its dire financial condition. Additionally, a search by law enforcement shut down RRA's computers for 3 days last week. RRA's account with Westlaw has been suspended, thus making any legal research a difficult task. Numerous personnel have already left RRA and it is anticipated that additional employees will depart in the near future.

4.      Despite these obstacles, the undersigned attorneys remain working and have continued to diligently attempt to represent their clients, including the plaintiffs and Ebway in this action, to the best of their ability despite these incredible unforeseen circumstances. It is anticipated that counsel will have to relocate their practice in the immediate future on an expedited basis. In light of these factors, it is simply impractical to comply with the present deadlines. The depositions which remain to be completed require travel to Michigan. Plaintiffs and third-party defendant have sought to schedule the depositions they desire to take within the existing discovery deadline but GFM refuses to schedule those depositions because GFM personnel are out of town on a business trip during the days requested (which are the only days left before the deadline to do so). Alternatively, plaintiffs and third party defendant have proposed a schedule (also taking into account the upcoming Thanksgiving holiday) to complete the remaining depositions that all of the parties desire to take and to provide additional information requested in GFM Corporation's Motion to Strike Expert Witness for Failure to Comply With Disclosure Requirements [D.E. 140]. GFM's counsel has expressed a willingness to accept this proposed schedule, but to do so would require an extension of the discovery deadline until December 4, 2009. For these reasons, it is respectfully requested (with humility and a plea for compassion) that this Court enlarge the time through and including November 23,

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

2009, to response to the Motion for Summary Judgment and until December 4, 2009, to complete discovery.

5.      No party will be prejudiced by the granting of this motion. The foregoing shows the need for expedited relief in accordance with S.D.Fla. L.R. 7.1(E).

6.      This motion is not being filed for any dilatory purposes.

7.      Pursuant to Fed. R.Civ. P. 6(b), this Court "for good cause shown" may enlarge the time permitted for the parties to do anything. Good cause has been shown, especially under these unexpected trying circumstances, to grant this enlargement.

8.      Plaintiffs and third-party defendant, in compliance with S.D.Fla. L.R. 7.1(A)(3), conferred with GFM in a good faith effort to resolve the issues raised in this motion and have been unable to do so.

WHEREFORE, plaintiffs, Ace Technology Corporation and Edward Bennett, and third-party defendant, Ebway Corporation, respectfully request that this Court grant an enlargement of time through and including November 30, 2009, to file their response to GFM Corporation's Motion for Summary Judgment as to All Counts of the Amended Complaint and through and including December 4, 2009, complete all discovery.

November 10, 2009.

3

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

Respectfully submitted,

/s/Steven N. Lippman
Steven N. Lippman
Florida Bar No. 709638
slippman@rra-law.com
Riley W. Cirulnick
Florida Bar No. 0333270
rcirulnick@rra-law.com
ROTHSTEIN ROSENFELDT ADLER
401 East Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Telephone (954) 522-3456
Telecopier (954) 527-8663
Attorneys for Ace Technology Corp and Edward Bennett

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 10th day of November, 2009, I electronically filed the

forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is

being served this day upon all counsel of record identified on the attached Service List in the

manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF

or in some other authorized manner for those counsel or parties who are not authorized to receive

electronically Notices of Electronic Filing.

 /s/ Steven N. Lippman
Steven N. Lippman

4

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

**<u>SERVICE LIST</u>**
**<u>CASE NO. 08-60985-CIV-COOKE/BANDSTRA</u>**

Steven N. Lippman, Esq.
slippman@rra-law.com
Riley W. Cirulnick, Esq.
rcirulnick@rra-law.com
Rothstein Rosenfeldt Adler
401 E. Las Olas Blvd., Suite 1650
Fort Lauderdale, Florida 33301
Telephone (954) 522-3456
Telecopier (954) 527-8663
Attorneys for Ace Technology Corp., Edward Bennett and Ebway Corp.

Matthew S. Nelles, Esq.
matt.nelles@ruden.com
Ruden McClosky, Smith, Schuster & Russell, P.A.
200 East Broward Boulevard
P.O. Box 1900
Fort Lauderdale, Florida 33302
Phone (954) 527-2492
Fax (954) 333-4092
Attorneys for GFM Corp.

H/swrdocs//08-16975/Pleadings/motion.enlargement.emergency.doc