UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-60985-CIV-COOKE/BANDSTRA

ACE TECHNOLOGY CORPORATION, *et al.*,

    *Plaintiffs*,

v.

GFM CORPORATION, *et al.*,

    *Defendants*.

_____/

**ORDER GRANTING IN PART AND DENYING IN PART
EMERGENCY MOTION FOR ENLARGEMENT OF TIME**

This cause is before me on Plaintiffs' and Third-Party Defendant's Emergency Motion for Enlargement of Time (the "Motion") [D.E. 145], filed on November 10, 2009, Defendant's Response in Opposition [D.E. 147], and the reply in support of the Motion [D.E. 152]. I am granting the Motion as to the summary judgment response, but denying the requested enlargement of time to complete discovery.

Plaintiffs Ace Technology Corporation and Edward Bennet ("Plaintiffs") and Third-Party Defendant Ebway Corporation ("Ebway") seek an enlargement of time to respond to Defendant GFM Corporation's ("GFM") Motion for Summary Judgment, which is currently due on November 18, 2009. Plaintiffs and Ebway are represented by the Rothstein Rosendeldt Adler law firm ("RRA"), which is currently in "dire financial condition," according to the motion. Counsel for Plaintiffs and Ebway represent that they currently have no access to Westlaw, and request an extension of time through and including November 30, 2009 to file their response to GFM's Motion for Summary Judgment. GFM does not object to this extension in its response to the motion. In light

of the circumstances described in the motion, I am granting the extension of time to file a response.

Plaintiffs and Ebway also request that the discovery deadline be extended from November 16, 2009 to December 4, 2009, again citing to the current status of RRA. Plaintiffs and Ebway represent, however, that despite these circumstances they will be able to conduct depositions which require travel to Michigan. They assert that they attempted to schedule these depositions prior to the discovery deadline, but GFM refused. GFM strongly opposes this extension, and states that Plaintiffs' and Ebway's attorneys have never contacted them to schedule depositions for the week o November 9-13. Moreover, GFM maintains that, while it sympathizes with the current disruption at RRA, there is no causal relationship between that situation and Plaintiffs' and Ebway's failure to conduct timely discovery.

After reviewing the docket and the exhibits attached to GFM's response, I agree with GFM. Pursuant to Southern District of Florida Local Rule 16.1(J), a party desiring to take a deposition in another State is required to give at least ten working days' notice. Thus, in order to complete the required depositions prior to the November 16 deadline, any notices needed to be served on or before November 2, 2009. There is no evidence that this was done, and, according to the Motion, a receiver was not appointed to RRA until November 3, 2009. Thus, while I sympathize with the current situation at RRA, I do not find that it justifies a further extension of the discovery deadline.

Accordingly, the Motion for Enlargement of Time [D.E. 145] is **GRANTED IN PART AND DENIED IN PART**. The deadline for Plaintiffs to respond to GFM's

Motion for Summary Judgment is November 30, 2009. The deadline for the parties to complete discovery is November 16, 2009.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th day of November 2009.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:

*All Counsel of Record*