UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 08-60985-CIV-COOKE/BANDSTRA

ACE TECHNOLOGY CORPORATION and
EDWARD BENNETT,

       Plaintiffs,

v.

GFM CORPORATION,

       Defendant.

_____/

FILED by _____ D.C.

JAN 2 1 2010

STEVEN M. LARIMORE
CLERK U. S. DIST CT
S. D. of FLA. – MIAMI

## PLAINTIFFS' AND THIRD PARTY DEFENDANT'S EMERGENCY MOTION FOR ORDER OF CONTEMPT FOR FAILURE TO PROVIDE DISCOVERY AND FOR ENLARGEMENT OF TIME TO FILE EXHIBIT LIST

Plaintiffs, ACE Technology Corporation ("ACE") and Edward Bennett, and third party defendant, Ebway Corporation ("Ebway"), move this Court for the entry of an order holding defendant, GFM Corporation ("GFM"), in contempt of this Court for failing to provide discovery and for an enlargement of time to file their exhibit list and as grounds therefore state as follows:

1.    GFM was required to produce documents sought in Plaintiffs' Sixth Request for Production on October 15, 2009. GFM failed to produce the requested materials forcing plaintiffs to file a Motion to Compel Discovery (Sixth Request for Production)[D.E. 130]. That motion was granted in part with regard to, among other things, request numbers 2 and 3. Endorsed Order [D.E. 156]. This Court directed that plaintiffs and Ebway must travel to GFM in Michigan to obtain these materials. *Id.* Arrangements were made to do so on January 18-20, 2010.

2.    Request numbers 2 and 3 asked for "GFM's 'run history' for each item manufactured for it by Ebway which GFM believes is defective." Upon arrival at the document production, plaintiffs and Ebway were informed by GFM's representative that GFM will not

produce the run histories it was ordered to produce in response to request number 2. Plaintiffs and Ebway confirmed this with GFM's counsel. January 18, 2010, email from Steven N. Lippman, Esq. to Matthew S. Nelles, Esq., a copy of which is attached hereto as Exhibit A.

3.      Request number 3 asked for "GFM's 'orange die records' for each item manufactured for it by Ebway which GFM believes is defective." The "orange die records" are notes by GFM regarding problems it was experiencing with tools, the cause of those problems and solutions to those problems. Many of these records are multiple pages of handwritten notes. While GFM did produce what it represented to be the "orange die records", the pages were scrambled such that plaintiffs and Ebway cannot tell which second, third, etc. sheet of paper follows the first (they are not numbered or otherwise identified) so they can't tell which notes go with which report. Plaintiffs and Ebway immediately reported this to GFM's representative who confirmed that the pages were not in order and refused to put them in order. Plaintiffs and Ebway confirmed this with GFM's counsel. January 19, 2010, email from Steven N. Lippman, Esq. to Matthew S. Nelles, Esq., a copy of which is attached hereto as Exhibit B.

4.      GFM arranged to produce documents sought in various discovery requests at its plant in Michigan on August 24, 2009. GFM failed to produce some of the requested materials forcing plaintiffs to file a Renewed Motion to Compel Discovery [D.E. 155]. That motion was granted in part with regard to, among other things, a request for "GFM's quotations and quote worksheets." Endorsed Order [D.E. 188]. This Court stated that "Defendants are cautioned to insure that all responsive documents have been produced in that the Court has not granted either sides request for sanctions at this time." *Id.* Arrangements were made to obtain these materials on January 18-20, 2010. Upon arrival at the document production, plaintiffs and Ebway were informed by GFM's representative that GFM will provide the bates numbers for responsive documents that GFM believes were previously produced and confirmed that there are additional

2

responsive documents but GFM refuses to produce them. Plaintiffs and Ebway confirmed this with GFM's counsel. January 18, 2010, email from Steven N. Lippman, Esq. to Matthew S. Nelles, Esq., a copy of which is attached hereto as Exhibit A.

   5.  The foregoing documents should have been produced months ago (August 24 and October 15, 2009). It is bad enough that plaintiffs and Ebway had to get this Court to compel their production and incur the expense and inconvenience of traveling to Michigan to obtain them, it is inexcusable for GFM to refuse to produce them when ordered to do so. This is especially egregious since the time to file an exhibit list is February 1, 2010. Due to GFM's refusal to produce materials despite this Court's orders to do so, plaintiffs and Ebway will require additional time to complete and file their exhibit list (they suggest 21 days after GFM produces all materials this Court compelled it to produce). This reveals the emergency nature of this motion.

   6.  Plaintiffs and Ebway in compliance with S.D.Fla. L.R. 7.1(A)(3) have conferred with GFM's counsel In a good faith effort to resolve the issues raised in this moiton but were unable to do so.

   WHEREFORE, plaintiffs, Ace Technology Corporation and Edward Bennett, and third party defendant, Ebway Corporation, respectfully request that this Court enter an order finding GFM Corporation in contempt of this Court's prior orders to produce discovery but allowing GFM Corporation to purge its contempt by delivering to plaintiffs' and Ebway's counsel the "run histories" responsive to request number 2 of the Sixth Request for Production, the "orange die records" in proper order responsive to request number 3 of the Sixth Request for Production, and all of GFM's "quotations and quote worksheets" and pay as a sanction the fees and costs incurred by plaintiffs and Ebway in traveling to Michigan for the January 18-20, 2010, document

production and enlarging the time for plaintiffs and Ebway to file their exhibit list until 21 days

after GFM produces the foregoing materials.

Respectfully submitted,

RICE PUGATCH ROBINSON & SCHILLER, P.A.
101 NE Third Avenue., Suite 1800
Fort Lauderdale, Florida 33301
Telephone (954) 462-8000
Telecopier (954) 462-4300

By: _____
    Steven N. Lippman
    Florida Bar No. 709638
    Riley W. Cirlunick
    Florida Bar No. 333270
    Attorneys for Ace Technology Corp and
    Edward Bennett

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by

U.S. mail and email this 20th day of January, 2010, on Matthew S. Nelles, Esq., Ruden,

McCloskey, Smith, Schuster & Russell, 200 East Broward Boulevard, 15th Floor, Fort

Lauderdale, Florida 33302.

_____
Steven N. Lippman

J:\Wpdocs\ACE-GFM (10632.000)\Pleadings\MtnContemptExtension (2).doc

**From:** Steven N. Lippman
**Sent:** Monday, January 18, 2010 4:22 PM
**To:** 'Nelles, Matthew'
**Subject:** ACE-GFM

Below is a status report regarding the document production:

Plaintiff's Motion to Compel Discovery (6th Request for Production)

    2 – Brian Loush says these documents will not be produced. Please confirm that he is inaccurate and they will be produced.

    3 & 4 – the die repair reports and orange die records have been produced

    5 & 6 – the finance records provided to shareholders and 06, 07 & 08 account payable records were produced

Plaintiff's Motion to Compel (7th Request for Production)

    1-4, 8, 9, 13 & 14 – Brian Loush says the bates numbers for the responsive documents will be provided tomorrow

    5 – produced

    6 – produced

    7 – 07, 08, 09 and open items produced; others not produced because Brian Loush says destruction policy is to retain for 3 years so 04 was

      destroyed in December 07, 05 destroyed in December 08 & 06 destroyed in December 09. Please confirm.

    12- missing QS.P.06.01, QS.P.06.03, QS.P.06.04, QS.P.06.05 & QS.P.06.06

    15 & 16 – Brian Loush says there are no responsive documents

Renewed Motion to Compel Discovery

    List of GFM subcontractors – Brian Loush to check if it exist (should be at least QS.F.06.04) and produce

    Payments to GFM subcontractors – produced

    GFM purchase orders – produced

    Documents relating to GFM's royalty payments – Brian Loush says the bates numbers for the responsive documents will be provided

      Tomorrow and additional documents are located in the account payable files labeled ACE

    GFM quotations and quote worksheets – Brian Loush says the bates numbers for the responsive documents will be provided tomorrow but

      confirmed there are additional responsive documents which will not be produced. Please confirm that he is inaccurate and they

    will be produced.

    Copy cat tools – need report for 2009

I will continue to provide status reports so we can address and resolve issues while we are here without involving Judge Bandstra.

EXHIBIT A

**From:** Steven N. Lippman
**Sent:** Tuesday, January 19, 2010 9:47 AM
**To:** 'Nelles, Matthew'
**Subject:** RE: ACE-GFM

Matt

The pages of the orange die records which have been produced are not in order. We can't tell which second, third, etc. sheet of paper follows the first (they are not numbered or otherwise identified) so we can't tell which notes go with which report. We brought this to Brian Loush's attention this morning who confirmed that this is accurate but refuses to put the pages in order. These are GFM's reports, only GFM knows the order that they belong in. You know that scrambling materials like this is absolutely inappropriate. Please confirm that GFM will put these materials in order.

Please also confirm the items below.

**From:** Steven N. Lippman
**Sent:** Monday, January 18, 2010 4:22 PM
**To:** 'Nelles, Matthew'
**Subject:** ACE-GFM

Below is a status report regarding the document production:

Plaintiff's Motion to Compel Discovery (6th Request for Production)
    2 – Brian Loush says these documents will not be produced. Please confirm that he is inaccurate and they will be produced.
    3 & 4 – the die repair reports and orange die records have been produced
    5 & 6 – the finance records provided to shareholders and 06, 07 & 08 account payable records were produced

Plaintiff's Motion to Compel (7th Request for Production)
    1-4, 8, 9, 13 & 14 – Brian Loush says the bates numbers for the responsive documents will be provided tomorrow
    5 – produced
    6 – produced
    7 – 07, 08, 09 and open items produced; others not produced because Brian Loush says destruction policy is to retain for 3 years so 04 was
            destroyed in December 07, 05 destroyed in December 08 & 06 destroyed in December 09. Please confirm.
    12- missing QS.P.06.01, QS.P.06.03, QS.P.06.04, QS.P.06.05 & QS.P.06.06
    15 & 16 – Brian Loush says there are no responsive documents

Renewed Motion to Compel Discovery
        List of GFM subcontractors – Brian Loush to check if it exist (should be at least QS.F.06.04) and produce
        Payments to GFM subcontractors – produced
        GFM purchase orders – produced

EXHIBIT B

Documents relating to GFM's royalty payments – Brian Loush says the bates numbers for the responsive documents will be provided

Tomorrow and additional documents are located in the account payable files labeled ACE

GFM quotations and quote worksheets – Brian Loush says the bates numbers for the responsive documents will be provided tomorrow but

confirmed there are additional responsive documents which will not be produced. Please confirm that he is inaccurate and they

will be produced.

Copy cat tools – need report for 2009

I will continue to provide status reports so we can address and resolve issues while we are here without involving Judge Bandstra.